# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  08MJ23684
                        )
vs                      )  ABSTRACT OF ORDER
                        )
*Hawoli, et al,*        )  Booking No. _____
                        )
                        )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/14/08__

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

✓ Defendant appeared in Court, FINGERPRINT & RELEASE.
   *Material Witness Julio Perez-Luna*

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. *Incorrect Bond filed (Bond set @ $15,000 P/S)*
✓ *Abstract Order issued on 8/13/08 to Recalled*

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____ N. MADUENO Deputy Clerk

Received _____
         DUSM

Crim-9  (Rev 6-95)                     ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY