UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>Cecilia Leonor )<br>Mahealani Hauoli )<br>    Defendant(s) et al. )<br> ) | CRIMINAL NO. 08mj2368<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/**Magistrate Judge**,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Gerardo Rodas-Diaz

DATED:   8/28/08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

**RECEIVED** _____
        **DUSM**

W. SAMUEL HAMRICK, JR.   Clerk

by Rhee Rhne

Deputy Clerk

R. Rhone

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082