UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>  )<br>vs. )<br>  )<br>Cecilia Leonor Mahealani )<br>Hauoli )<br>Defendant(s) et al. ) | 08cr1912-W<br>CRIMINAL NO. 08mj2368<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Julio Perez-Luna

DATED: 8/28/08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                         OR
        DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by   Rhee Rhon
                Deputy Clerk

R. Rhone

CLERK'S OFFICE COPY                   ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95