UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 AUG 28 P 4: 10

UNITED STATES OF AMERICA,
Plaintiff

vs.

Cecilia Leonor Mahealani Hauoli
Defendant(s)

CRIMINAL NO. 08mj2368

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Salomon Arellano-Vargas

DATED: 8/28/08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by RRhone
Deputy Clerk

R. Rhone

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

U.S. GPO: 2003-581-774/70082