UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Cecilia Mahealani ) <br> Hauoli ) <br> Defendant(s) et.al. ) <br> ) | CRIMINAL NO. 08mj2368 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Lorenzo Pina - Aguilar

DATED: 8-28-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
    **DUSM**

OR

W. SAMUEL HAMRICK, JR.   Clerk

by Rhee Rm

Deputy Clerk

R. Rhone