ORIGINAL



FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08cr2912-W |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., |
| CECILIA LEONOR MAHEALANI HAUOLI (1), | ) Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| MANUEL RICARDO ORTEGA-SALAS (2), VICTOR PEREZ-DONATO (3), FELICIANO LLANOS-ARIAS (4), SAMUEL AGUILAR-GARCIA (5), SAUL SANCHEZ-SILVERIO (6), | ) |
| Defendants. | ) |

The United States Attorney charges:

On or about July 30, 2008, within the Southern District of California, defendants CECILIA LEONOR MAHEALANI HAUOLI, MANUEL RICARDO ORTEGA-SALAS, VICTOR PEREZ-DONATO, FELICIANO LLANOS-ARIAS, SAMUEL AGUILAR-GARCIA and SAUL SANCHEZ-SILVERIO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Julio Perez-Luna, had come to, entered and remained in the United States in violation of

//

//

CJB:es:San Diego
8/5/08

1  law, did transport and move, said alien within the United States in
2  furtherance of such violation of law; in violation of Title 8, United
3  States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).
4     DATED: ___8/28/08___ .

   KAREN P. HEWITT
   United States Attorney

   /s/ Jan Parks for
   CARLA J. BRESSLER
   Assistant U.S. Attorney